**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Juice Krate Media Group, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  The Michael Weist Company, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3081481** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5760 Highway 109 N** <br> **Lebanon, TN 37087** <br> Number, Street, City, State & ZIP Code | **5034 Porter Hurt Rd.** <br> **Hermitage, TN 37076** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Wilson** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.juicekrate.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

7113

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District | | When | Case number |
| District | | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2022**
                   MM / DD / YYYY

**X** **/s/ Michael Weist**                       **Michael Weist**
     Signature of authorized representative of debtor         Printed name

Title    **Sole Member**

**18. Signature of attorney**

**X** **/s/ Steven L. Lefkovitz**          Date   **August 22, 2022**
     Signature of attorney for debtor                   MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
Number, Street, City, State & ZIP Code

Contact phone   **615-256-8300**      Email address   **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 22, 2022**          X **/s/ Michael Weist**
                                              Signature of individual signing on behalf of debtor

                                            **Michael Weist**
                                            Printed name

                                            **Sole Member**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Juice Krate Media Group, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*....................................................................................    $       **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................    $       **2,671,739.12**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..................................................................................    $       **2,671,739.12**

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $       **0.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $       **1,240.46**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$       **163,960.56**

4.   **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b              $       **165,201.02**

**Fill in this information to identify the case:**

Debtor name  **Juice Krate Media Group, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 127,665.14 - | 0.00 = .... | $127,665.14 |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $127,665.14 |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Misc. Merchandise Returns; Custom Branded Envelopes** | | **Unknown** | | **Unknown** |
| 22. **Other inventory or supplies** **Step and Repeat Banner (2); Step and Repeat Banner Stands (2)** **Location: California** | | **Unknown** | | **Unknown** |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.                                    | **$0.00** |

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** juicekrate.com; juicekratetv.com; various social media accounts (@juicekrate) | **Unknown** | | **Unknown** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** **Photos, Videos, Music, and Video Recordings and other intellectual property created for clients; Bryce and Cyp youtube channel** | **Unknown** | | **Unknown** |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.  Notes receivable**
Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**
**Debtor and Michael G Weist III vs. Charles Chang; Museum of Dream Space, LLC**
**22GC7229**                                                                        **$9,650.00**

| Nature of claim | Civil |
|---|---|
| Amount requested | **$9,650.00** |

**Michael G. Weist III on behalf of Debtor vs. Oliver Muhl; Rebecca Berg**
**22C1613**                                                                         **$212,000.00**

| Nature of claim | Civil |
|---|---|
| Amount requested | **$212,000.00** |

**Debtor and Michael G Weist III vs. Charles Chang; Museum of Dream Space, LLC**
**22C973**                                                                          **$56,800.00**

| Nature of claim | Civil |
|---|---|
| Amount requested | **$56,800.00** |

**Michael G. Weist III  vs. Danielle Cohn**
**22GC7202**                                                                        **$12,646.40**

| Nature of claim | Civil |
|---|---|
| Amount requested | **$12,646.40** |

**Michael G. Weist III vs. Tiktok; Kudzi Chikumbu**
**22GC7230**                                                                        **$25,000.00**

| Nature of claim | Civil |
|---|---|
| Amount requested | **$25,000.00** |

**Michael G. Weist III vs. Bryce McKenzie**
**22GC7781**
**(pending settlement)**                                                            **$12,500.00**

| Nature of claim | Civil |
|---|---|
| Amount requested | **$12,500.00** |

**Michael G Weist III vs. Charles Chang; Museum of Dream Space, LLC**
**22GC8560**                                                                        **$20,971.50**

| Nature of claim | Civil |
|---|---|
| Amount requested | **$20,971.50** |

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

**set off claims**
**Taylor Diaz: $2858; Terin Joseph Sottile $480; Avani**
**Gregg $20,540; Ben Herman $509.32; Brooke Sanchez**
**$4400; Cade Bowers $46.80; Darius Rusnak $320;**
**Hunter Taylor $189.45; Juwany Roman $2400; MaKayla**
**Storms $6000; Mike Rohela $12; Sidney Dunk $1240;**
**Zoe Laverne $4800; Mark Thomas $750; Danielle Cohn**
**$1111.87; Jeremy McKeen $1400**                                              $47,057.44

| Nature of claim | **Potential Unpaid Commissions and Earnings Due** |
|---|---|
| Amount requested | **$47,057.44** |

**Potential Causes of Action (SEE ATTACHED)**                                  $2,147,448.64

| Nature of claim | **Civil** |
|---|---|
| Amount requested | **$2,147,448.64** |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                   $2,544,073.98

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $127,665.14 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,544,073.98 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,671,739.12 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,671,739.12 |

| NAME | AMOUNT (EST.) | PHONE | EMAIL | ADDRESS | NOTES / MEMO |
|---|---|---|---|---|---|
| BRYCE MCKENZIE | $ - | (719) 290-8481 | brycemckenziebusiness1@gmail.co | 20380 HIGH PINES DR. MONUMENT, CO 80132 | (Settlement Agreement Remaining - OnlyFans account Transfer) |
| VIACOM CBS / PARAMOUNT | $ 3,500.00 | | | 1575 N. Gower Street Hollywood, CA 90028 | (Cyreon Bouzihla / Truth Initiative Payment No. 2/2) |
| KENDALL MONROE | $ 9,813.44 | (626) 517-9188 | | 1044 N. CATALINA AVE, PASADENA, CA 91104 | (Judgement Against) |
| FREDDY J PIAZZA | $ 14,560.00 | (980) 202-8018 | | 4742 MURRAY ST. CHARLOTTE, NC 28289-4027 | (Judgement Against) |
| KRISTEN MORGAN (BRUMM) | $ 2,285.30 | (530) 559-8753 | brumm.mkristen@gmail.com | 13018 BRUNSWICK RD. GRASS VALLEY, CA 95945 | (Judgement Against) |
| ROBERT MYERS / SKYL | $ 21,840.00 | | bmyers@sstmfc.com, bob@skylfc.com, bmyers@skylfc.cou, nina.wang@mode-museum.com, att | 6081 SILVER KING BLVD. UNIT 106 CAPE CORRAL FL 33914, | (Unpaid Invoices) (Previous Litigation Dismissed w/o Prejudice) |
| CHARLES CHANG, MUSEUM OF DREAM SPACE, LLC | $ 60,000.00 | (847) 915-8104 | | 8500 Beverly Blvd, Beverly Center, (Suite #656) Los Angeles, C | (Unpaid Invoices) (Pending Litigation) |
| DANIELLE COHN | $ 12,846.40 | (407) 505-9024 | Jenniferf282002@yahoo.com | | (Unpaid Invoices) (Pending Litigation) |
| VIACOM CBS / PARAMOUNT | $ 500.00 | | | 1575 N. Gower Street Hollywood, CA 90028 | (Bryce McKenzia "Vibe Room) |
| HOLLY LANDEROS (NJ PR) | $ 520.00 | | holly@hj-pr.com | | (Unpaid Invoices) |
| DUSTIN BRYANT | $ 1,500.00 | | dustinbryantceo@gmail.com | | (Monies Owed from Travel, Comissions, etc.) |
| BRANDON FONTINEAU | $ 500.00 | | Fontingmt@gmail.com | 173 Tupelo Dr. Kyle TX 78640 | (Comission Owed) |

| POTENTIAL CAUSES | |
| --- | --- |
| DEFENDANT(S) | VALUATION (EST.) |
| CHARLES CHANG; MUSEUM OF DREAM SPACE, LLC | |
| ROBERT MYERS; SKYL | |
| JENNIFER ARCHAMBAULT | |
| AVANI GREGG | $ 950,000.00 |
| AVANI GREGG; ANISHA GREGG; ERIKA MONROE WILLIAMS | $ 950,000.00 |
| OLIVER MUHL; REBECCA BERG | $ 212,000.00 |
| BRYCE MCKENZIE | |
| LE PARC SUITE HOTEL | $ 6,000.00 |
| DUSTIN BRYANT | $ 1,500.00 |
| KYRIE BASSETTE | $ 3,308.76 |
| MIKE ROHELA | |
| CARLOS VILLAGOMEZ | |
| CHARLES CHANG; MUSEUM OF DREAM SPACE, LLC | $ 24,639.88 |

Debtor name      **Juice Krate Media Group, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name **Juice Krate Media Group, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Cole Mahoney**<br>**1134 Matteo Dr**<br>**Apt 208**<br>**Wilmington, NC 28412** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $549.38 | $549.38 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Keaton Arcement**<br>**8601 Millicent Way**<br>**Apt 111**<br>**Shreveport, LA 71115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $407.38 | $407.38 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

31811

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.70 | $283.70 |
|-----|---|---|---|---|
| | **Kyle Kraus**<br>**1134 Matteo Dr.**<br>**Apt 208**<br>**Wilmington, NC 28412** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | | Amount of claim |
|--|--|--|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Avani Gregg**<br>**Anthony Legal, PLLC**<br>**818 18th Ave So 10th Fl**<br>**Nashville, TN 37203** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**CAPITAL ONE**<br>**ATTN: BANKRUPTCY DEPT**<br>**PO BOX 30285**<br>**SALT LAKE CITY, UT 84130** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,566.10 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1207** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Carter Cameron**<br>**3401 Granny White Pike**<br>**Apt F211**<br>**Nashville, TN 37204** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Cyprien Boustiha**<br>**1610 Bay Laurel Dr.**<br>**Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,600.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**FUNDBOX**<br>**6900 DALLAS PKWY**<br>**SUITE 700**<br>**Plano, TX 75024** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,590.50 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:22-bk-02671   Doc 1   Filed 08/22/22   Entered 08/22/22 14:58:38   Desc Main
Document    Page 18 of 38

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,103.20 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**FUNDBOX**
**6900 DALLAS PKWY**
**SUITE 700**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,655.81 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Karat Financial**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,306.25 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Kent Marcus**
**801 Rep John Lewis Way S**
**Suite 201**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Kyrie Bassette**
**104 Marshall Ct.**
**Nashville, TN 37212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** _Notice Only_

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Mattvig Projects**
**4733 Saint Charles Place, Mid City**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,575.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Miggs Rosales**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Museum of Dream Space LLC**
**Bradley - attn: Frankie Spero**
**1600 Division St Suite 700**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

**Basis for the claim:** _Notice Only_

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Juice Krate Media Group, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,000.00 |
|---|---|---|---|

**Oliver Muhl**
**Horwitz Law LLP**
**4016 Westlawn Dr.**
**Nashville, TN 37209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,221.53 |
|---|---|---|---|

**Red Rooster PR**
**17875 Von Karman Ave Ste 150**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,639.88 |
|---|---|---|---|

**SQUARE, INC**
**1455 MARKET ST  MSC 415**
**SAN FRANCISCO CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,652.29 |
|---|---|---|---|

**The Law Office of Shanen R Prout**
**11400 W Olympic Blvd Ste 700**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Eduardo Martorell**<br>**Martorell Law APC**<br>**6100 Center Dr Suite 1130**<br>**Los Angeles, CA 90045** | Line **3.1**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 **Law Office of Hanzhang Xu**<br>**1901 Avenue of the Stars Ste 200**<br>**Los Angeles, CA 90067** | Line **3.12**<br><br>☐ Not listed. Explain _____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,240.46 |
| 5b. Total claims from Part 2 | 5b. + | $ 163,960.56 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 165,201.02 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Talent Management Agreement** | |
| State the term remaining | **Andrew Campen** |
| List the contract number of any government contract | **340 Prestwick Ridge Way Apt 6** **Knoxville, TN 37919** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Talent Management Agreement** | |
| State the term remaining | **Brandon Fontineau** |
| List the contract number of any government contract | **173 Tupelo Dr.** **Kyle, TX 78640** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Talent Management Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Brandon Neveraz** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Talent Management Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Coley McCarthy** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Talent Management Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **James Sturgis** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Talent Management Agreement** | |
| State the term remaining | **Jeremy McKeen** |
| List the contract number of any government contract | **156 E Main St.**<br>**Gloucester, MA 01930** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Talent Management Agreement** | |
| State the term remaining | **Jordan Powell** |
| List the contract number of any government contract | **944 Coleman Ave**<br>**Sharpsville, PA 16150** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Talent Management Agreement** | |
| State the term remaining | **Mason Chavis** |
| List the contract number of any government contract | **144 Pine Ridge Dr**<br>**Carthage, NC 28327** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Talent Management Agreement** | |
| State the term remaining | **Samuel Mooney** |
| List the contract number of any government contract | **60 Siegmund Pl**<br>**Yakima, WA 98901** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Talent Management Agreement** | |
| State the term remaining | **Seth Segura**<br>**106 St. Lucius St.**<br>**Youngsville, LA 70592** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract          _____

**Fill in this information to identify the case:**

Debtor name    **Juice Krate Media Group, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Juice Krate Media Group, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$176,811.89** |
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$254,564.00** |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$73,470.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **CAPITAL ONE**<br>**ATTN:  BANKRUPTCY DEPT**<br>**PO BOX 30285**<br>**SALT LAKE CITY, UT 84130** | **May, June, July** | $16,901.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Avani Gregg vs. Debtor**<br>**20STCV10358** | **Civil** | **CA** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Charles Chang; Museum of Dream Space, LLC vs. Debtor**<br>**22STCV15252** | **Civil** | **CA** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Debtor vs. Charles Chang; Museum of Dream Space, LLC**<br>**22C973** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Case 3:22-bk-02671   Doc 1   Filed 08/22/22   Entered 08/22/22 14:58:38   Desc Main
Document      Page 26 of 38

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Oliver Muhl vs. Michael G Weist III**<br>**22C1543** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Michael G Weist III vs. Charles Chang; Museum of Dream Space, LLC**<br>**22GC7229** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Michael G Weist III vs. Oliver Muhl; Rebecca Berg**<br>**2C1613** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Michael G Weist III vs. Charles Chang; Museum of Dream Space, LLC**<br>**22GC8560** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Michael G Weist III vs. Danielle Cohn**<br>**22GC7202** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Michael G Weist III vs. Tiktok; Kudzi Chikumbu**<br>**22GC7230** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Michael G Weist III vs. Bryce McKenzie**<br>**22GC7781** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Michael G. Weist III vs. Kendall Monroe**<br>**22GC7206** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. | **Michael G Weist III vs. Freddy J Piazza**<br>**22GC7228** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. | **Michael G Weist III vs. Le Parc Suite Hotel**<br>**22GC8631** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. | **Michael G Weist III vs Cyprien Boustiha; Cyprien Boustiha LLC**<br>**22GC7778** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. | **Michael G Weist III vs. Avani Gregg AKA Avani Gregg LLC**<br>**22GC8661** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.16. | **Michael G Weist III vs. Robert Myers; SKYL**<br>**22GC7225** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.17. | **Michael G Weist III vs. Kristen Brumm**<br>**22GC7211** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18. | **Michael G Weist III vs. Oliver Muhl; Rebecca Berg**<br>**22GC7222** | **Civil** | **TN** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.19. | **Michael G Weist III vs. Mason Patterson**<br>**22GC7212** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.20. | **Michael G Weist III vs. Avani Gregg**<br>**22GC7227** | **Civil** | **TN** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **LEFKOVITZ & LEFKOVITZ 908 HARPETH VALLEY PLACE NASHVILLE, TN 37221** | **Attorney Fees** | | **$5,000.00** |

**Email or website address**
**slefkovitz@lefkovitz.com**

**Who made the payment, if not debtor?**

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ■ None

| Name and address | Date of service<br>From-To |
| --- | --- |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

Name and address

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael G. Weist III** | **5034 Porter Hurt Rd.** **Hermitage, TN 37076** | **Sole Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 22, 2022**

**/s/ Michael Weist**                                   **Michael Weist**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Juice Krate Media Group, LLC**  Case No. _____

Debtor(s)                  Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................... $ _____**5,000.00**

    Prior to the filing of this statement I have received ........ $ _____**5,000.00**

    Balance Due ....................................................... $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, attendance at 2004 examination or deposition, judicial lien avoidances, preparation and filing of reaffirmation agreements and applications as needed, relief from stay actions, motions to redeem property, representation in any loan modification process, substitution of collateral, filing motions to aprove professionals, motions to approve sale of property, motions to authorize retention of special counsel, credit repair, representation in any other Court or legal matter, conversion to another chapter of bankruptcy, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 22, 2022**                     **/s/ Steven L. Lefkovitz**
*Date*                                  **Steven L. Lefkovitz 5953**
                                        *Signature of Attorney*
                                        **LEFKOVITZ & LEFKOVITZ**
                                        **908 HARPETH VALLEY PLACE**
                                        **NASHVILLE, TN 37221**
                                        **615-256-8300  Fax: 615-255-4516**
                                        **slefkovitz@lefkovitz.com**
                                        *Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Juice Krate Media Group, LLC**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 22, 2022**

**/s/ Michael Weist**
**Michael Weist**/**Sole Member**
Signer/Title

JUICE KRATE MEDIA GROUP, LLC
5034 PORTER HURT RD.
HERMITAGE TN 37076

CYPRIEN BOUSTIHA
1610 BAY LAUREL DR.
MENLO PARK CA 94025

KYRIE BASSETTE
104 MARSHALL CT.
NASHVILLE TN 37212

.

STEVEN L. LEFKOVITZ
LEFKOVITZ & LEFKOVITZ
908 HARPETH VALLEY PLACE
NASHVILLE, TN 37221

EDUARDO MARTORELL
MARTORELL LAW APC
6100 CENTER DR SUITE 1130
LOS ANGELES CA 90045

LAW OFFICE OF HANZHANG XU
1901 AVENUE OF THE STARS ST20
LOS ANGELES CA 90067

ANDREW CAMPEN
340 PRESTWICK RIDGE WAY APT 6
KNOXVILLE TN 37919

FUNDBOX
6900 DALLAS PKWY
SUITE 700
PLANO TX 75024

MASON CHAVIS
144 PINE RIDGE DR
CARTHAGE NC 28327

AVANI GREGG
ANTHONY LEGAL, PLLC
818 18TH AVE SO 10TH FL
NASHVILLE TN 37203

JAMES STURGIS

MATTVIG PROJECTS
4733 SAINT CHARLES PLACE, MID
LOS ANGELES CA 90019

BRANDON FONTINEAU
173 TUPELO DR.
KYLE TX 78640

JEREMY MCKEEN
156 E MAIN ST.
GLOUCESTER MA 01930

MIGGS ROSALES

BRANDON NEVERAZ

JORDAN POWELL
944 COLEMAN AVE
SHARPSVILLE PA 16150

MUSEUM OF DREAM SPACE LLC
BRADLEY - ATTN: FRANKIE SPER
1600 DIVISION ST SUITE 700
NASHVILLE TN 37203

CAPITAL ONE
ATTN: BANKRUPTCY DEPT
PO BOX 30285
SALT LAKE CITY UT 84130

KARAT FINANCIAL

OLIVER MUHL
HORWITZ LAW LLP
4016 WESTLAWN DR.
NASHVILLE TN 37209

CARTER CAMERON
3401 GRANNY WHITE PIKE
APT F211
NASHVILLE TN 37204

KEATON ARCEMENT
8601 MILLICENT WAY
APT 111
SHREVEPORT LA 71115

RED ROOSTER PR
17875 VON KARMAN AVE STE 15
IRVINE CA 92614

COLE MAHONEY
1134 MATTEO DR
APT 208
WILMINGTON NC 28412

KENT MARCUS
801 REP JOHN LEWIS WAY S
SUITE 201
NASHVILLE TN 37203

SAMUEL MOONEY
60 SIEGMUND PL
YAKIMA WA 98901

COLEY MCCARTHY

KYLE KRAUS
1134 MATTEO DR.
APT 208
WILMINGTON NC 28412

SETH SEGURA
106 ST. LUCIUS ST.
YOUNGSVILLE LA 70592

SQUARE, INC
1455 MARKET ST  MSC 415
SAN FRANCISCO CA 94103


THE  LAW  OFFICE  OF  SHANEN  R  PROUT
11400 W OLYMPIC BLVD STE 700
LOS ANGELES CA 90064

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Juice Krate Media Group, LLC**      Case No. _____

                                     Debtor(s)             Chapter    **7**


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Juice Krate Media Group, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Michael Weiss**
**5034 Porter Hurt Rd.**
**Hermitage, TN 37076**



☐ None [*Check if applicable*]




**August 22, 2022**                                   **/s/ Steven L. Lefkovitz**

Date                                         **Steven L. Lefkovitz 5953**

                                            Signature of Attorney or Litigant

                                            Counsel for    **Juice Krate Media Group, LLC**
                                            **LEFKOVITZ & LEFKOVITZ**

                                            **908 HARPETH VALLEY PLACE**
                                            **NASHVILLE, TN 37221**
                                            **615-256-8300 Fax:615-255-4516**
                                            **slefkovitz@lefkovitz.com**